IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **FILED UNDER SEAL** |
| ) | |
| Plaintiff, ) | Cr. No. 17-20151 - JTF |
| ) | |
| vs. ) | 21 U.S.C. § 846 |
| ) | 18 U.S.C. §841(a)(1) |
| REGINALD WRIGHT JR, ) | 18 U.S.C. § 1956 |
| a/k/a "Reg," "a/k/a "Unc" ) | 18 U.S.C. § 371 |
| REGINALD WRIGHT SR, ) | 31 U.S.C. §5324 |
| MONTRELL RAY BENARD, ) | |
| a/k/a "Big Ray," a/k/a "Ray," ) | |
| DONNELL TOUSANT, a/k/a "Don," ) | |
| TYRELL CHANCE, a/k/a "Roll," ) | |
| a/k/a "Tita Roll," ) | |
| FRED MCCASTER JR, a/k/a "Boo Dirty", ) | |
| a/k/a "Dirty," a/k/a "OG," ) | |
| JOHN SHIELDS, a/k/a "John John," ) | |
| a/k/a "John Juan," ) | |
| O.B. HILDSON, a/k/a "OD," ) | |
| CLYDE WADE III, ) | |
| IVORY TRIPLETT JR, a/k/a "Woodie" ) | |
| a/k/a "Woodie Grape," ) | |
| JERRY SHERROD MCCASTER, ) | |
| a/k/a "Sherrod," ) | |
| RAHEYM JONES, ) | |
| DAMION COX, ) | |
| DARRIN BEECHAM, ) | |
| LUCINDA SANDERS, ) | |
| a/k/a "Lucinda Settles," ) | |
| TAMEKA JOYNER MCCASTER, ) | |
| a/k/a "Shawn," ) | |
| ANTONIO FISHER, ) | |
| BRANDON CURCIO, ) | |
| and ) | |
| TONJA HOSEY, ) | |
| ) | |
| Defendants. ) | |

---

**MOTION TO SEAL INDICTMENT and ARREST WARRANTS**

---

Comes now the United States of America, by and through Lawrence J. Laurenzi, Acting United States Attorney, and Kevin P. Whitmore, Assistant United States Attorney for the Western District of Tennessee, and for good cause shown, moves this Honorable Court to seal

2

the Indictment and Arrest Warrants of the Defendants in the instant case.  Said Indictment to automatically unseal at the Defendant's Initial Appearance.

                        Respectfully submitted,
                        LAWRENCE J. LAURENZI
                        ACTING UNITED STATES ATTORNEY

By:    *s/Kevin P. Whitmore*
         Kevin P. Whitmore
         Assistant United States Attorney
         167 N. Main, Room 800
         Memphis, Tennessee 38103