# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | Cr. No. 17-20151 |
| | ) | |
| vs. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. §841(a)(1) |
| REGINALD WRIGHT JR, | ) | 18 U.S.C. § 1956 |
| a/k/a "Reg," "a/k/a "Unc" | ) | 18 U.S.C. § 371 |
| REGINALD WRIGHT SR, | ) | 31 U.S.C. §5324 |
| MONTRELL RAY BENARD, | ) | |
| a/k/a "Big Ray," a/k/a "Ray," | ) | |
| DONNELL TOUSANT, a/k/a "Don," | ) | |
| TYRELL CHANCE, a/k/a "Roll," | ) | |
| a/k/a "Tita Roll," | ) | |
| FRED MCCASTER JR, a/k/a "Boo Dirty", | ) | |
| a/k/a "Dirty," a/k/a "OG," | ) | |
| JOHN SHIELDS, a/k/a "John John," | ) | |
| a/k/a "John Juan," | ) | |
| O.B. HILDSON, a/k/a "OD," | ) | |
| CLYDE WADE III, | ) | |
| IVORY TRIPLETT JR, a/k/a "Woodie" | ) | |
| a/k/a "Woodie Grape," | ) | |
| JERRY SHERROD MCCASTER, | ) | |
| a/k/a "Sherrod," | ) | |
| RAHEYM JONES, | ) | |
| DAMION COX, | ) | |
| DARRIN BEECHAM, | ) | |
| LUCINDA SANDERS, | ) | |
| a/k/a "Lucinda Settles," | ) | |
| TAMEKA JOYNER MCCASTER, | ) | |
| a/k/a "Shawn," | ) | |
| ANTONIO FISHER, | ) | |
| BRANDON CURCIO, | ) | |
| and | ) | |
| TONJA HOSEY, | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER ON MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS

---

Upon motion of the United States of America, it is hereby ordered that the Indictment of the defendant in the instant case is hereby unsealed, and will automatically unseal at the defendant's initial appearance.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE COURT JUDGE

1