IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

      Plaintiff,

vs.                                                          Criminal No. 17-20151-JTF

TONJA HOSEY, et al,

      Defendants.

<u>NOTICE OF LIS PENDENS</u>

**RECORD OWNER:**   Tonja Hosey

      Notice is hereby given that the United States of America has brought an action in the United States Court for the Western District of Tennessee, Western Division, seeking to forfeit the following described real property, its buildings, improvements, appurtenances, fixtures, attachments, and easements:  defendant real property commonly known as One Parcel of Real Property Located at 8770 Oak Ridge Drive, Walls, Mississippi 38680, with All Appurtenances and Improvements Thereon, record owner Tonja M. Hosey and more particularly decribed as:

      Lot 12, Oak Ridge Estates Subdivision, in Section 24, Township 1 South, Range 9 West, Desoto County, Mississippi, as per plat thereof recorded in Plat Book 23, Pages 10-11, in the office of the Chancery Clerk of Desoto County, Mississippi to which plat reference is made for a more particular description.

      DATED: this  28th  day of  June  , 2017.

      Respectfully submitted,

      LAWRENCE J. LAURENZI
      Acting United States Attorney

      By:   <u>s/ Kevin P. Whitmore</u>
           KEVIN P. WHITMORE
           Assistant United States Attorney
           901-544-4231