AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 17-20151-JTF |
| FRED MCCASTER JR, a/k/a "Boo Dirty" a/k/a "Dirty," a/k/a "OG," | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FRED MCCASTER JR, a/k/a "Boo Dirty" a/k/a "Dirty," a/k/a "OG,",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

31 USC § 5324- structuring
21 USC § 841(a)(1)- Possession with intent to distribute a controlled substance
21 USC § 846 - Attempt or conspiracy
18 USC § 371-conspiracy to commit offense
18 USC 1956-Interference with commerce by threats or violence

Date: 5-25-17

*Issuing officer's signature*

City and state: MEMPHIS, TENNESSEE

THOMAS M. GOULD - CLERK, U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 6-22-17, and the person was arrested on *(date)* 6-22-17
at *(city and state)* Memphis, TN.

Date: 6-22-17

*Arresting officer's signature*

TFO Sfor Handly
*Printed name and title*