PREPARED BY, RECORDING
REQUESTED BY AND WHEN
RECORDED MAIL TO:

United States Attorney's Office
Western District of Tennessee
167 N. Main Street, Suite 800
Memphis, Tennessee 38103

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      Criminal No. 17-20151-JTF

REGINALD WRIGHT, JR.,
a/k/a "Reg", a/k/a "Unc", et al,

    Defendants.

## NOTICE OF LIS PENDENS

Notice is hereby given that the United States of America has brought an action in the United States Court for the Western District of Tennessee, Western Division, seeking to forfeit the following described real property, its buildings, improvements, appurtenances, fixtures, attachments, and easements:  defendant real property commonly known as One Parcel of Real Property Located at 6542 Via Del Prado, Chino Hills, California 91709, with All Appurtenances and Improvements Thereon and more particularly described as:

    LOT 75 OF TRACT 13398, IN THE COUNTY OF SAN BERNARDINO,
    STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 202, PAGES
    68-74 INCLUSIVE, RECORDS OF SAID COUNTY

DATED: this  30th day of  June  , 2017.

                                    Respectfully submitted,

                                    LAWRENCE J. LAURENZI
                                    Acting United States Attorney

                    By:    s/ Kevin P. Whitmore
                          KEVIN P. WHITMORE
                          Assistant United States Attorney
                          901-544-4231