✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

|  WESTERN  | DISTRICT OF |  TENNESSEE  |
|---|---|---|

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| **REGINALD WRIGHT, JR., ET AL** | Case Number:  2:17cr20151 |

| PRESIDING JUDGE<br>Tu M. Pham | PLAINTIFF'S ATTORNEY<br>Kevin Whitmore | DEFENDANT'S ATTORNEY<br>Dewun Settle, et al |
|---|---|---|
| TRIAL DATE (S)<br>June 30, 2017 | COURT REPORTER<br>FTR | COURTROOM DEPUTY<br>Chris Sowell |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | * DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
| 1 |  | 6/30/17 |  | √ | √ | Spreadsheet - List of Packages |
| 2 |  | 6/30/17 |  | √ | √ | Images/Photos of Defendant's making deposits into bank accounts |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages