IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 17-20151 |
| | ) | |
| vs. | ) | |
| | ) | |
| REGINALD WRIGHT JR, | ) | |
| a/k/a "Reg," "a/k/a "Unc" | ) | |
| REGINALD WRIGHT SR, | ) | |
| MONTRELL RAY BENARD, | ) | |
| a/k/a "Big Ray," a/k/a "Ray," | ) | |
| DONNELL TOUSANT, a/k/a "Don," | ) | |
| TYRELL CHANCE, a/k/a "Roll," | ) | |
| a/k/a "Tita Roll," | ) | |
| FRED MCCASTER JR, a/k/a "Boo Dirty", | ) | |
| a/k/a "Dirty," a/k/a "OG," | ) | |
| JOHN SHIELDS, a/k/a "John John," | ) | |
| a/k/a "John Juan," | ) | |
| O.B. HILDSON, a/k/a "OD," | ) | |
| CLYDE WADE III, | ) | |
| IVORY TRIPLETT JR, a/k/a "Woodie" | ) | |
| a/k/a "Woodie Grape," | ) | |
| JERRY SHERROD MCCASTER, | ) | |
| a/k/a "Sherrod," | ) | |
| RAHEYM JONES, | ) | |
| DAMION COX, | ) | |
| DARRIN BEECHAM, | ) | |
| LUCINDA SANDERS, | ) | |
| a/k/a "Lucinda Settles," | ) | |
| TAMEKA JOYNER MCCASTER, | ) | |
| a/k/a "Shawn," | ) | |
| ANTONIO FISHER, | ) | |
| BRANDON CURCIO, | ) | |
| and | ) | |
| TONJA HOSEY, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO APPOINT DISCOVERY COOORDINATOR**

Comes now the United States of America, by and through Lawrence J. Laurenzi, Acting United States Attorney for the Western District of Tennessee, and Kevin P. Whitmore, Assistant United States Attorney, moves this Honorable Court to appoint a discovery coordinator. Due to the logistics of attempting to coordinate a large amount of discovery with numerous defense counsels, the United States respectfully recommends that a discovery coordinator be appointed to implement the distribution of discovery among the defense counsels.

The United States has consulted with each defense counsel and there are no objections to the request.

WHEREFORE, the United States respectfully requests that a discovery coordinator be appointed.

> Respectfully submitted,
> LAWRENCE J. LAURENZI
> ACTING UNITED STATES ATTORNEY
>
> By:   *s/Kevin P. Whitmore*
> Kevin P. Whitmore
> Assistant United States Attorney
> 167 N. Main, Room 800
> Memphis, Tennessee 38103

## CERTIFICATE OF SERVICE

I, Kevin P. Whitmore, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing filing was electronically sent to the Attorneys.

This date: August 1, 2017.

/s/ Kevin P. Whitmore
KEVIN P. WHITMORE
Assistant United States Attorney