AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN      DISTRICT OF      DISTRICT

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
| V. | |
| FRED MCCASTER, JR. | Case Number:  2:17-20103 & 2:17-20151 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOHN T. FOWLKES, JR. | Kevin Whitmore | Jonathan Thomas Mosley |
| **HEARING DATE(S):** September 8, 2017 | **COURT REPORTER** Lynn Dudley | **COURTROOM DEPUTY** Ross Herrin |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| √ | | 09/08/2017 | √ | | | Spc Agt. Christopher Brent Beavers - ATF |
| 1 | | 09/08/2017 | | √ | √ | Post Office Spreadsheet – Tracking #'s, Shipping Addresses & Indicated Seized Packages |
| | | | | | | *s/Ross Herin* D.C.  *September 8, 2017* |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages