IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 17-20151-TLP |
| | ) | |
| FRED MCCASTER, JR. | ) | |
| Defendant. | ) | |
| | ) | |

_____

ORDER ON CHANGE OF PLEA

_____

This cause came on to be heard on November 16, 2018, the Assistant United States Attorney Mark Erskine appearing for the Government, and the defendant, Fred McCaster, Jr., appearing in person and with counsel, Handle Durham, Jr. and Jonathan Mosley.

With leave of the Court, the defendant entered a plea of guilty to Counts 1 & 9 of the Indictment. Plea colloquy was held and the Court accepted the defendant's plea. Sentencing is set **FRIDAY, MARCH 1st, 2019 at 1:30 P.M.** in Courtroom No. 2, on the 11th floor before Thomas L. Parker.

Defendant is remanded to the custody of the U. S. Marshal.

ENTERED this the 16th day of November, 2018.

*s/Thomas L. Parker*
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE