17-20151

RECEIVED
19 SEP 26 PM 3: 12
THOMAS M. GOULD
ERK, U.S. DISTRICT COURT

Dianne Toles

3050 Travis Road

Memphis, Tennessee, 38109

August 25, 2019

RE: Fred McCaster Jr.

To: The Honorable Judge Parker

I am writing this letter on behalf of Fred McCaster Jr. As an aunt, I have known Fred Jr. since he was born. I've seen him go through the good times and bad times. I know he has made some choices that have not always been favorable, but I feel that this time in his life he wants to make better choices. I have known him to be a dedicated husband, a great dad and show love to his family and community through giving and spending time.

The past few years have been trying for Fred Jr. He lost his mom, and just recently lost his wife. Also, his grandma who helped raise him, had a major stroke and is not able to talk and is not mobile. Along with this, his son is currently being raised by family members because his mom is deceased, and dad is incarcerated. These things I know are weighing heavy on his heart. Because of his love for his family, one of his main concerns now is making sure his children and grandchildren are being taken care of and are on the right track in life.

He talked to me about his desire to do better and get things right in his life. I see him trying by building a closer relationship with God, making better choices and by focusing on the importance things in life to include his Faith, children and family members.

I feel if given an opportunity, his choices will be different this time because he realizes what's important in life; God and family.

It is my prayer that this letter will serve as a positive when considering his situation as it stands.

Sincerely,

Dianne Toles