

**Thomas M. Gould**

*Clerk of Court*

# United States District Court
# Western District of Tennessee

| | |
|---|---|
| **Federal Building** | **Federal Building** |
| 167 North Main Street, Suite 242 | 111 South Highland, Room 262 |
| Memphis, Tennessee 38103 | Jackson, Tennessee 38301 |
| | |
| *901-495-1200 (Telephone)* | *731-421-9200 (Telephone)* |
| *901-495-1250 (Facsimile)* | *731-421-9210 (Facsimile)* |

Date: __November 10, 2021__

NOTICE:    Retrieval of Exhibits in Case Number: __2:17cr20103 & 17-20151__

Dear Counsel:

Our records indicate a final determination of the above case has been entered.

Local Rule 79.1(c) of the United District Court for the Western District of Tennessee specifies:

> After the final determination of any action, counsel shall have 30 days within which to withdraw exhibits in the clerk's custody. In the event the exhibits are not so withdrawn, the clerk shall destroy or otherwise dispose of said exhibits.

You are advised the exhibits in this case may be retrieve by contacting the case processing staff at 901-495-1200. **Such arrangements must be made within 10 days from receipt of this notice. Following that date, absent communication from you, the exhibits will be destroyed.**

**PLEASE REVIEW ATTACHED LIST.**

Destruction date: __November 23, 2021__

Your cooperation is appreciated.

            Sincerely,

            Thomas M. Gould
            Clerk of Court

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN   DISTRICT OF   DISTRICT

UNITED STATES OF AMERICA
V.
FRED MCCASTER, JR.

## EXHIBIT AND WITNESS LIST

Case Number: 2:17-20103 & 2:17-20151

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOHN T. FOWLKES, JR. | Kevin Whitmore | Jonathan Thomas Mosley |
| HEARING DATE(S): September 8, 2017 | COURT REPORTER Lynn Dudley | COURTROOM DEPUTY Ross Herrin |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| √ | | 09/08/2017 | √ | | | Spc Agt. Christopher Brent Beavers - ATF |
| 1 | | 09/08/2017 | | √ | √ | Post Office Spreadsheet – Tracking #'s, Shipping Addresses & Indicated Seized Packages |
| | | | | | | *s/Ross Herin* D.C. *September 8, 2017* |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

**RAHEYM JONES**

**EXHIBIT AND WITNESS LIST**

Case Number: 2:17cr20103/17cr20151 TLP

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Diane K. Vescovo | Mark Erskine | Jack Irvine |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| November 20, 2018 | FTR | Chris Sowell |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | *DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
| 1 | | 11/20/18 | | ✓ | ✓ | Affidavit of Complaint |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages